# United States District Court
## For The Western District of North Carolina
## Statesville Division

TAURICE M. CRISP,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:07CV40-2-MU

REGGIE WEISNER, SUPT.,
ALEXANDER CORRECTIONAL INSTITUTION,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2007, Order.

                                        Signed: April 10, 2007

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court