# United States District Court
# For The Western District of North Carolina
# Statesville Division

TAURICE M. CRISP,

    Plaintiff(s),

vs.

REGGIE WEISNER, SUPT.,
ALEXANDER CORRECTIONAL INSTITUTION,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV40-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2007, Order.

Signed: April 10, 2007

Frank G. Johns, Clerk
United States District Court